ORIGINAL

1  NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
   U.S. Bank Tower
2  633 West 5th Street, Suite 2600
   Los Angeles, California   90071
3  (213) 488-9411   FAX:   (213) 488-9418
   e-mail: zamora3@aol.com
4
   Chapter 7 Trustee
5



FILED

AUG 1 6 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9              SAN FERNANDO VALLEY DIVISION

10

11  In re                          )   Case No. 1:08-bk-11470-MT
                                    )
12  FRANK BARNES,                   )   Chapter 7
                                    )
13             Debtors.             )   NOTICE OF UNCLAIMED
                                    )   DIVIDENDS
14                                  )
                                    )   [FRBP 3011]
15  _____)

16       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

17       Please find annexed hereto Check No. 1011 in the sum of

18  $21.30 representing the total amount of unclaimed dividends in

19  the above-entitled debtor's estate which will create a zero

20  balance in the bank account.  Said sum is paid over to you

21  pursuant to Bankruptcy Rule 3011.  A list of the names,

22  addresses, and amounts to be paid to each person entitled to said

23  unclaimed dividend is attached as Exhibit A.

24  DATED:  August 13, 2010

25

26                               Nancy Hoffmeier Zamora
                                 Chapter 7 Trustee
27

28

Barnes\NOTICE.DIV

1                  Listing of Unclaimed Dividends

2

3        <u>Name of Creditor</u>           <u>Address</u>                  <u>Amount</u>

4        Laura Robertson           P.O. Box 19846           $ 21.30
       Solutions, Inc.           Tulsa, OK 74147

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Barnes\NOTICE.DIV